| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT **FOR CALENDAR YEAR 2004** | in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial) Pepper, William A | 2. Court or Organization District Court Northern MS | 3. Date of Report 5/6/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) U. S. District Judge - Active | 5. ReportType (check appropriate type) ○ Nomination, Date ○ Initial ● Annual ○ Final | 6. Reporting Period 1/1/2004 to 12/31/2004 |
| 7. Chambers or Office Address 305 Main Street Ste 329 Greenville MS 38702 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 02-05-96 | SAFECO ASSIGNED BENEFITS SERVICE COMPANY FOR PAYMENT OF LEGAL FEES. PAYMENTS ARE INCLUDED IN INCOME IN PART III. |

RECEIVED JUN 13 10 35 AM '05 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ NONE  - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2004 | Public Employees Retirement System of Mississippi, retirement income | 11343 |
| 2. | 2004 | Earnings from law practice - earned prior to 7/21/99 | 1112 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ NONE  - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

### REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

NONE  - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|--------|-------------|-------|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|----------|-------------|------------|
| 1. | | |

# VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. 50% interest Pepper & Cossar - farm land Humphreys CO MS | E | Rent | O | W | | | | | |
| 2. Langston Nowell & Pepper rental real estate Cleveland | D | Rent | L | W | | | | | |
| 3. UNION PLANTERS BANK CLEVELAND MS | | None | J | | | | | | |
| 4. First National Bank Rosedale MS | B | Interest | | | redemption | 11-04 | K | | |
| 5. CLEVELAND STATE BANK CLEVELAND MS | A | Interest | L | T | | | | | |
| 6. Cleveland State Bank Cleveland MS | | None | J | T | | | | | |
| 7. CLEVELAND COMMUNITY BANK, CLEVELAND MS | C | Interest | L | T | | | | | |
| 8. CAPITAL WORLD GROWTH & INCOME FUND | C | Dividend | L | T | | | | | |
| 9. FEDERATED AMERICAN LEADERS FUND | A | Dividend | K | T | | | | | |
| 10. GOLDMAN SACHS GROWTH & INCOME FUND | A | Dividend | K | T | | | | | |
| 11. LORD ABBETT AFFILIATED FUND CL A | B | Dividend | L | T | | | | | |
| 12. LORD ABBETT DEVELOPING GROWTH FUND | | None | J | T | | | | | |
| 13. NEW ECONOMY FUND CL A | A | Dividend | K | T | | | | | |
| 14. PUTNAM VISTA FUND | | None | K | T | | | | | |
| 15. PUTNAM VOYAGER FUND CL A | | None | K | T | | | | | |
| 16. SMALLCAP WORLD FUND CL A | A | Dividend | K | T | | | | | |
| 17. WASHINGTON MUTUAL INVESTORS | B | Dividend | L | T | | | | | |
| 18. IRIDIUM WORLD COMMUNICATIONS LTD-CL A | | None | J | T | | | | | |

1. Income/Gain Codes:  A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
   (See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
   (See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
   (See Column C2)  U = Book Value  V = Other  W = Estimated

## II. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 9. TELEFONOS DE MEXICO SA DE CV-SPONS | A | Dividend | | | Donated | 11-7 | J | | |
| 0. AMCAP FUND CL A | A | Dividend | L | T | | | | | |
| 1. GROWTH FUND OF AMERICA CL A | A | Dividend | L | T | | | | | |
| 2. NEW PERSPECTIVE FUND CL A | A | Dividend | L | T | | | | | |
| 3. FT TEMPLETON FOREIGN FUND C | B | Dividend | K | T | | | | | |
| 4. INVESTMENT CO OF AMERICA (IRA 1) | C | Dividend | M | T | | | | | |
| 5. AVIVA LIFE INS (formerly CGU LIFE) (IRA 2) | B | Interest | K | T | | | | | |
| 6. IRA 3 ..... | | | | | | | | | |
| 7. - CASH HERITAGE TRUST | A | Interest | K | T | | | | | |
| 8. - US TREAS SECUTITIES SERIES P | A | Interest | J | T | | | | | |
| 9. WAL-MART COMMON | A | Dividend | K | T | | | | | |
| 0. INTEL CORP | | None | J | T | | | | | |
| 1. JDS UNIPHASE | | None | J | T | | | | | |
| 2. IRA 5 | | | | | | | | | |
| 3. - FEDERATED AMERICAN LEADERS FD CL A | A | Dividend | K | T | | | | | |
| 4. - HARTFORD ADVISORS FD A | A | Dividend | K | T | | | | | |
| 5. - HARTFORD DIV & GROWTH A | A | Dividend | K | T | | | | | |
| 6. - LORD ABBETT AFFILIATED FD A | A | Dividend | K | T | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000

2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000

3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 7. - HARTFORD GLOBAL LEADERS A | | None | J | T | | | | | |
| 8. - HARTFORD MIDCAP A | | None | J | T | | | | | |
| 9. - HARTFORD INT'L OPPORTUNITIES | | None | J | T | | | | | |
| 0. - HARTFORD STOCK FD A | A | Dividend | J | T | | | | | |
| 1. - PUTNAM INVESTORS FUND A | A | Dividend | J | T | | | | | |
| 2. - HARTFORD CAP APPREC A | | None | K | T | | | | | |
| 3. - LORD ABBETT GROWTH A SHS | | None | J | T | | | | | |
| 4. IRA 6 - HARTFORD CAP APPREC | | None | J | T | | | | | |
| 5. FT FRANKLIN CAPITAL GROWTH FUND C | | None | K | T | | | | | |
| 6. PUTNAM INVS FD INC SBI CL A | | None | K | T | | | | | |
| 7. TEMPLETON WORLD FUND CL C | A | Dividend | K | T | | | | | |
| 8. PUTNAM NEW OPPTYS FUND CL A | | None | K | T | | | | | |
| 9. PUTNAM NEW OPPTYS FUND CL B | | None | J | T | | | | | |
| 0. AMERICAN MOVIL SA | A | Dividend | J | T | | | | | |
| 1. MFS MONEY MARKET FD | B | Dividend | M | T | sell part | 03-16 | J | | |
| 2. STATE BANK & TRUST CO | C | Interest | M | | | | | | |
| 3. BAXTER INTERNATIONAL | A | Dividend | J | T | buy | 03-16 | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
   (See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    HI = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
   (See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
   (See Column C2)    U = Book Value    V = Other    W = Estimated

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

# X. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____   Date_____May 8, 2005_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Date: June 7, 2005

---

**FILING INSTRUCTIONS**

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544



CHAMBERS OF
## W. ALLEN PEPPER, JR.
### JUDGE

September 1, 2005

Committee of Financial Disclosure
Administrative Office of the U.S. Courts
Attention: Mary M. Lisi
Suite 2-301
One Columbus Circle, NE
Washington, D. C. 20544

Dear Ms. Lisi:

        In response to your letter of August 25, 2005, stating, "Part IV was not completed and the "NONE" box was not checked," I am enclosing a copy of the page of the Financial Disclosure Report containing Part IV, and the "NONE" box is checked. Please let me know if your records differ.

        Please give me a call at (662) 335-4416 if you have any questions.

                                        Sincerely yours,

                                        W. ALLEN PEPPER, JR.
                                        UNITED STATES DISTRICT JUDGE

WAPjr:pbs
enc

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2004 | Public Employees Retirement System of Mississippi, retirement income | 11343 |
| 2. | 2004 | Earnings from law practice - earned prior to 7/21/99 | 1112 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |

RECEIVED 2005 SEP -6 A 11: 27 FINANCIAL DISCLOSURE OFFICE